UNITED STATES ex rel. Antoinette PEZ-ZULLO, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.

No. 176.

Circuit Court of Appeals, Second Circuit.

Oct. 14, 1931.

Max Arzt, of New York City (Bernard Cohen, of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Maurice DeKoven, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

UNITED STATES of America, ex rel. Giovannina ZITO, Sister of Michael Zito, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION, PORT OF NEW YORK, Respondent-Appellee.

No. 107.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1931.

Francis X. Mancuso, of New York City (Sidney Schindler, of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (David Paley, Asst. U. S. Atty., of New York City, of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Chung v. Nagle, 15 F.(2d) 789 (C. C. A. 9); U. S. ex rel. Grimaldi v. Ebey, 12 F.(2d) 922 (C. C. A. 7); U. S. ex rel. Melchiore Spataro v. Day, 23 F.(2d) 1005 (C. C. A. 2).